**Order entered September 17, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00179-CV

## IN THE INTEREST OF A.P.N., A CHILD

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-05082**

## ORDER

Before the Court is appellant's September 14, 2020 second motion to extend time to file his brief.  Appellant explains the extension is necessary because the parties are attempting to settle many of their issues, and any settlement will impact the issues raised in the brief.

We **GRANT** the motion and **ORDER** appellant to file either his brief or a status report no later than October 15, 2020.

/s/    ERIN A. NOWELL
JUSTICE